```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

MELISSA MONTAÑEZ MORALES     *     CIVIL NO. 04-2378 (GAG)
                             *
    Plaintiff                *
                             *
       v.                    *
                             *
MUNICIPALITY OF SAN JUAN;    *
**et al.**                   *
                             *
    Defendants               *
                             *
* * * * * * * * * * * * * * *

### **JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

    COME NOW the plaintiff and defendant Municipality of San Juan, through their undersigned attorneys, and respectfully set forth and pray, as follows:

    1.  Upon certain terms and conditions acceptable to the appearing parties, the plaintiff have agreed to voluntarily dismiss the causes of action, with prejudice.  Defendant Municipality of San Juan agrees to said dismissal set forth herein pursuant to the provisions of Rule 41(a)(1)(ii) Fed. R. Civ. P.

    2.  In consideration of the aforementioned agreement, the plaintiff completely releases and forever discharges the Municipality of San Juan of and from any and all past, present or future claims, demands, obligations, actions, and causes of action, it being the intention of the parties to forever settle and conclude this litigation and all claims which have

or could have been instituted as a result of the facts set forth in this action.

WHEREFORE, it is respectfully requested from this Honorable Court take notice of this joint stipulation between the plaintiff and the defendant and that the claims asserted by the plaintiff be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted in San Juan, Puerto Rico, this 20th day of January 2009.

| s/ <u>Margarita Cintrón Solla</u> | s/<u>José Luis Fernández Esteves</u> |
|---|---|
| MARGARITA CINTRON SOLLA | JOSE LUIS FERNANDEZ ESTEVES |
| USDC-PR-223903 | BAR NO. 215414 |
| Counsel for defendant | Attorney for Plaintiff |
| Municipality of San Juan | MELISSA MONTAÑEZ MORALES |
| MERCADO & SOTO, P.S.C.P.O. | 130 WINSTON CHURCHILL AVE. |
| BOX 9023980 | SUITE 1, PMB # 106 |
| SAN JUAN, PR 00902-3980 | SAN JUAN, PR 00926-6018 |
| TEL.: (787) 273-0611 | Tel. 787-653-4798; |
| FAX.: (787) 273-1540 | Mobile 787-299-3869 |
| mslaw@caribe.net | Fax 787-653-8482 |
| mcintron@mercadosotolaw.com | joseluis.fernandezesteves@gmail.com |