**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**MELISSA MONTANEZ-MORALES,**

Plaintiff,

v.    Civil No. 04-2378 (GAG/MEL)

**MUNICIPALITY OF SAN JUAN, et al.,**

**Defendants.**

## JUDGMENT

Per the court's Order (Docket No. 137) judgment is hereby entered dismissing this case with prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of January 2009.

S/Gustavo A. Gelpí

GUSTAVO A. GELPI
United States District Judge